BARBARA EZIKOVICH *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 767 (AC 18470), is denied.

*Winona W. Zimberlin,* in support of the petition.

*Edward F. Osswalt,* assistant attorney general, and *Charles Krich,* in opposition.

Decided June 29, 2000

GRACE W. PERKINS *v.* ARTHUR FASIG ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 71 (AC 18612), is denied.

*Michael R. Kaufman,* in support of the petition.

*Douglas J. Lewis,* in opposition.

Decided June 29, 2000